## (November 4, 1953.)

■

MICHAEL W. KAMINSKI, an Infant, by His Guardian ad Litem, MICHAEL J. KAMINSKI et al., Appellants, v. NEW YORK ZOOLOGICAL SOCIETY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIO QUADRI, Appellant.— Judgment affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.; Dore, J., dissents and votes to reverse and dismiss upon the ground that the guilt of the defendant was not established beyond reasonable doubt.

■

HOMAD TELEVISION, INC., Appellant, v. HOTEL MADISON, INC., Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

■

NORMA J. MALEY, an Infant, by Her Guardian ad Litem, AUSTIN P. MALEY, et al., Respondents, v. CHILDREN'S BUS SERVICE, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [203 Misc. 559.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL AHEARN, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [See 283 App. Div. 872.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY BRYAN, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE WILLIAMS, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY DE BERNARDO, Appellant, et al., Defendants.— Order unanimously modified so as to direct a hearing to determine the facts with respect to the defendant being represented by counsel at the time he entered his plea of guilty and, as so modified, affirmed. The present record contains a file of the Legal Aid Society, Criminal Courts Branch, and a hearing should be held at which the authenticity thereof may be inquired into. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.